UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Edmund Barrington, Jr.
         Rashida E. Barrington

Case No.: 19-10749 (VFP)

Chapter:  7

Judge:   Vincent F. Papalia

## NOTICE OF PROPOSED ABANDONMENT

Charles M. Forman, Chapter 7 Trustee in this case, proposes to abandon Property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
> James J. Waldron
> United States Bankruptcy Court
> MLK Jr. Federal Building
> 50 Walnut Street
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on April 30, 2019, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3B. (Hearing date must be at least 28 days from the date of this notice).  If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real property located at 54-56 Bragaw Avenue, Newark, NJ, having a fair market value of $365,000.00.

> Liens on property:
>
> Carrington Mortgage Services, LLC
> $471,276.00

> Amount of equity claimed as exempt:  $23,675.00

Objections must be served on, and requests for additional information directed to:

Name:  Charles M. Forman, Trustee
Address:  Forman Holt, 66 Route 17 North, Paramus, NJ 07652
Telephone No.:  201-845-1000

F0038623 - 1

United States Bankruptcy Court
District of New Jersey

In re:
Edmund Barrington, Jr.
Rashida E. Barrington
    Debtors

Case No. 19-10749-VFP
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin             Page 1 of 2            Date Rcvd: Mar 22, 2019
                            Form ID: pdf905         Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2019.
```
db/jdb         +Edmund Barrington, Jr.,    Rashida E. Barrington,    54-56 Bragaw Avenue,     Newark, NJ 07112-1556
517965861      +B&B Collections, Inc,    Po Box 2137,    Toms River, NJ 08754-2137
517965865       Carrington Mortgage Services LLC,     Po Box 79001,    Benson, AZ 85602
517965866      +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517965868      +City of Newark of Water Acctg,     920 Broad Street rM 117,    Newark, NJ 07102-2609
517965873      +Equifax,    POB 740241,    Atlanta, GA 30374-0241
517965874      +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
517965875      +Gerald F. Reif,    P.O. Box 350,    South Orange, NJ 07079-0350
517965876      +Institute for Family Health,     Po Box 9500 CL 4655,    Philadelphia, PA 19124-0500
517965878      +Jersey Garden Dental PA,    651 Kapkowski Rd,    Elizabeth, NJ 07201-4901
517965879      +Jn Portfolio Debt Equities, LLC,     Attn: Bankruptcy,    5757 Phantom Dr. Ste 225,
                 Hazelwood, MO 63042-2429
517965882      +Lyons, Doughty & Veldhuis,    136 Gaither Drive,     P.O. Box 1269,    suite 100,
                 Mount Laurel, NJ 08054-7269
517965883      +Macys/DSNB,    Attn: Bankruptcy,    9111 Duke Boulevard,    Mason, OH 45040-8999
517965886      +NBI EMA,    PO Box 417442,    Boston, MA 02241-7442
517965887      +NBIMC Dept of Non-Invasive Ca,     Po Box 8000 Dept 555,    Buffalo, NY 14267-0002
517965893      +PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
517965889      +Parker McCay PA,    9000 Midatlantic Drive,    Suite 300,    c/o Richard J. Nalbandian, III,
                 Mount Laurel, NJ 08054-1539
517965892      +Pressler, Felt & Warshaw LLP,     7 Entin Road,    Parsippany, NJ 07054-5020
517965894     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Dept of the treasury-taxation,     P.O. Box 267,
                 Trenton, NJ 08695)
517965896      +TransUnion,    555 W. Adams Street,    Chicago, IL 60661-3631
517965897      +Us Dept Of Ed/glelsi,    2401 International,    Madison, WI 53704-3121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 23 2019 01:22:09      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 23 2019 01:22:04      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 23 2019 01:28:09
                 Capital One Finance, a division of Capital One,,     AIS Portfolio Services, LP,
                 4515 N. Santa Fe Ave.,    Dept. APS,    Oklahoma City, OK 73118-7901
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 23 2019 01:27:33
                 Synchrony Bankc/o PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
517965860      +E-mail/Text: ally@ebn.phinsolutions.com Mar 23 2019 01:20:52      Ally Financial,
                 Attn: Bankruptcy Dept,    Po Box 380901,    Bloomington, MN 55438-0901
517965864       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 23 2019 01:27:30
                 Capital One Bank USA N.,    15000 Capital One Drive,    Richmond, VA 23238
517965862      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 23 2019 01:28:03      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517965863      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Mar 23 2019 01:27:36
                 Capital One Auto Finance,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517973019      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 23 2019 01:28:06
                 Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517965867      +Fax: 602-659-2196 Mar 23 2019 02:21:59      Chex System,    7805 Hudson Road,    suite 100,
                 Saint Paul, MN 55125-1703
517965869      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 23 2019 01:21:42      Comenity Bank,
                 P.O.Box 182273,    Columbus, OH 43218-2273
517965870       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 23 2019 01:21:42      Comenity Capital Bank/HSN,
                 Attn: Bankruptcy Dept,    Po Box 18215,    Columbus, OH 43218
517965871      +E-mail/PDF: creditonebknotifications@resurgent.com Mar 23 2019 01:28:07      Credit One Bank,
                 P.O Box 98873,    Las Vegas, NV 89193-8873
517965872       E-mail/Text: bankruptcy@dcu.org Mar 23 2019 01:23:05      Digital Efcu,    220 Donald Lynch Blvd.,
                 Marlborough, MA 01752
517965877      +E-mail/Text: cio.bncmail@irs.gov Mar 23 2019 01:21:20      Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
517965880      +E-mail/Text: bncnotices@becket-lee.com Mar 23 2019 01:21:03      Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
517965881      +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 23 2019 01:28:49
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                 Greenville, SC 29603-0497
517965885       E-mail/Text: bankruptcynotice@nymcu.org Mar 23 2019 01:22:32      Municipal Credit Union,
                 22 Cortlandt St,    New York, NY 10007
517965884      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 23 2019 01:22:04      Midland Funding,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
517965888      +E-mail/Text: ebn@rwjbh.org Mar 23 2019 01:22:34      Newark Beth Israel Medical Center,
                 Payment Processing Center,    Po Box 29951,    New York, NY 10087-9951
```

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Mar 22, 2019
                               Form ID: pdf905          Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
517965891      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 23 2019 01:28:41
                 Portfolio Recovery Associates, LLC,   120 Corporate Blvd.,   Norfolk, VA 23502
517965890     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 23 2019 01:27:30
                 Portfolio Recovery,   Attn: Bankruptcy,   Po Box 41021,   Norfolk, VA 23541-1021
517967369     +E-mail/PDF: gecsedi@recoverycorp.com Mar 23 2019 01:27:19      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517965895     +E-mail/PDF: gecsedi@recoverycorp.com Mar 23 2019 01:27:50      Synchrony Bank,   PO BOX 960061,
                 Orlando, FL 32896-0061
517965898     +E-mail/Text: bnc-bluestem@quantum3group.com Mar 23 2019 01:22:45      WebBank,
                 215 South State Street,   Suite 1000,   Salt Lake City, UT 84111-2336
                                                                                             TOTAL: 25

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2019                                         Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2019 at the address(es) listed below:

```
              Charles M. Forman    cforman@formanlaw.com, lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Michelle  Labayen    on behalf of Joint Debtor Rashida E. Barrington michelle@labayenlaw.com,
               benitezgiovanna@gmail.com
              Michelle  Labayen    on behalf of Debtor Edmund  Barrington, Jr. michelle@labayenlaw.com,
               benitezgiovanna@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor   Wilmington Savings Fund Society, FSB, as Trustee of
               Stanwich Mortgage Loan Trust A rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```