Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

                        Case No.: 19−10749−VFP  
                        Chapter: 7  
                        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Edmund Barrington Jr. | Rashida E. Barrington |
| 54−56 Bragaw Avenue | 54−56 Bragaw Avenue |
| Newark, NJ 07112 | Newark, NJ 07112 |

Social Security No.:  
  xxx−xx−5542                                       xxx−xx−4738

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Charles M. Forman is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>May 14, 2019</u>                  <u>Vincent F. Papalia</u>  
                                              Judge, United States Bankruptcy Court